**No. 10-595. Francis A. Zarro, Jr., Petitioner v. New York.**

562 U.S. 1252, 131 S. Ct. 1559, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1127.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1110, 131 S. Ct. 836, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9771.